# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:10CR00007 SWW

PLES MCCUTCHEON

### ORDER

Pending before the Court is government's motion for dismissal of the indictment in the above-styled case, due to the death of the defendant.

IT IS ORDERED that the government's motion [doc #8] for dismissal of the indictment against the above-named defendant be **granted**, and the indictment pending against defendant **PLES McCUTCHEON** hereby is **dismissed**.

DATED this 3rd day of February 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE